# IN THE COURT OF APPEALS
## TWELFTH COURT OF APPEALS

IN RE: Donald Adkins
Relator "In-Pro-Se"

Original Proceeding

Re: 12-15-00180-CR

To: The Clerk of the Court
1517 W. Front Street
Suite 354
Tyler, Texas 75702

September 28, 2015

REC'D IN COURT OF APPEALS
12th Court of Appeals District
OCT 05 2015
TYLER, TEXAS
PAM ESTES, CLERK

Dear Clerk,

Please Provide me with a Complete updated docket of the "Original Proceeding", Application for a Writ of Mandamus captioned above. I have been Transferred to Hospital Galveston and back and my Mail (Personal & Legal) is behind over 3 weeks.
I have Provided a self Addressed Stamped Envelope for my request!
Thank you for your time & Consideration.

Respectfully Submitted

Donald Adkins #1792685

Donald Adkins   Ramsey Unit #1
1100 FM 655
Rosharon, Texas 77583